M.D. Appeal Dkt.
49   2017

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JEFFREY VARNER, LISA ROBINSON, AND MICHAEL HOSSLER, : No. 202 MAL 2017

Respondents : Petition for Allowance of Appeal from the Order of the Commonwealth Court

v. :

SWATARA TOWNSHIP BOARD OF COMMISSIONERS, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

1. Whether the Commonwealth Court committed an error of law in concluding that the First Class Township Code required Swatara Township to seek judicial approval of its by-ward reapportionment effort despite the applicability of the Municipal Reapportionment Act and Article IX, Section 11 of the Pennsylvania Constitution, and the legislative authority afforded to Pennsylvania municipalities to conduct reapportionment[?]

2. Whether the Commonwealth Court committed an error of law by interpreting the phrase "not entirely elected at large" contained in the Pennsylvania Constitution and Municipal Reapportionment Act in a manner violating the rules of statutory construction[?]